# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 13-0069 (02) |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| HALSTON M. SMITH | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Government has filed a Request for Stay or Abeyance in the above-captioned matter. Record Document 307. Therein, the Government notes that the Defendant's Fourth Supplemental Memorandum supporting his Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c) specifically relies on *United States v. Jean*, No. 23-20133, which is not a final decision until the Fifth Circuit Court of Appeals issues a mandate. *United States v. Jean* addresses whether nonretroactive changes in the law may be considered as an extraordinary and compelling reason within the meaning of the compassionate-release statute, 18 U.S.C. § 3582(c)(1)(A).

Accordingly, **IT IS ORDERED**, that the Government's motion is **GRANTED**, and this matter is **STAYED** until a final decision is reached in *United States v. Jean*. Counsel for the Government is instructed to contact the Court once a mandate is issued so that a status conference may be scheduled.

**THUS DONE AND SIGNED**, this 4th day of September, 2024.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE